**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Dennis O. Poseley,<br><br>  Defendant. | No. CR-03-00344-PHX-DGC<br><br>**ORDER** |

Defendant Dennis O. Posely has filed a second motion to waive the fine in this case. Doc. 1215. The government opposes the motion. Doc. 1216. The Court will deny the motion.

Defendant was convicted of conspiracy to defraud in violation of 18 U.S.C. § 371 (Count 1) and five counts of willful failure to file an individual income tax return in violation of 26 U.S.C. § 7203 (Counts 2-6). Doc. 926. On June 28, 2006, Defendant was sentenced to 84 months in prison and ordered to pay a fine of $175,000. Doc. 926. Defendant now seeks a waiver of the $175,000 fine because he has been diagnosed with stage 4 cancer and has no means to pay the fine.

18 U.S.C. § 3583(e) grants the Court discretion to alter the conditions of a defendant's supervised release, and the Ninth Circuit has held that where payment of a fine is an express condition of supervised release, the district court may modify the fine. *United States v. Miller*, 205 F.3d 1098 (9th Cir. 2000).

At trial, revenue agent Deborah Carlson testified that Defendant Poseley operated two businesses, Innovative Financial Consultants and Information Clearing House that

received $4,750,162 in gross income from 1996 thru 2003. Doc. 1053, time stamp 10:37:37. The government believes this was a conservative estimate because the revenue agent was forced to exclude many deposits that she found illegible or could not properly verify, totaling an additional $3,222,627. Doc. 1053, time stamp 10:42:00; Doc. 1201 at 3-4.

Defendant's health problem is unfortunate, but Defendant has made no accounting of the profits he made from 1996 to 2003. Nor has he accounted for the loans made to himself and his family by the bank he established. Absent an accounting of those funds, the Court cannot accept Defendant's assertion that he is financially unable to make fine payments.

**IT IS ORDERED** that Defendant's motion (Doc. 1215) is **denied.**

Dated this 27th day of August, 2015.

_David G. Campbell_
David G. Campbell
United States District Judge